UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard S. Crosby

    v.                                                  Case No. 1:23-cv-379-SE-AJ

Social Security Administration

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 14, 2023.

Mr. Crosby's action is dismissed in its entirety. The clerk is directed to enter judgment and close this case.

SO ORDERED.

_____
Samantha D. Elliott
United States District Judge

Date: August 30, 2023

cc:   Richard S. Crosby, pro se
       Counsel of Record